**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
DIVISION: MIAMI

In re:                                                                  Case No.19-18883-BKC-RAM
                                                                        Chapter 7

VERNELL ROBINSON

_____ Debtor  /

**DEBTOR'S MOTION TO VACATE ORDER APPROVING EMPLOYMENT OF
TRUSTEE'S ATTORNEY NUNC PRO TUNC FROM MARCH 4, 2020**

Debtor's attorney moves as above titled pursuant to F.R.Civ.P. 59 & 60; Federal Rule of Bankruptcy Procedure 9023 and would show your Honor.

1. Debtor filed her petition on July 1, 2019.

2. Order Approving Employment of Trustee's Attorney Nunc Pro Tunc from March 4, 2020 was entered on March 6, 2020.

3. Debtor suffered a personal injury claim which became scheduled with value listed of $10,000.00 and is exempt under 11 U.S.C. §522(d)(11)(D). Debtor's unsecured debt excluding student loans is modest.

4. Equity and justice should preclude any litigation over the right of debtor to have amended her schedules to list the personal injury asset and exemption under the federal statute. Without such litigation the trustee has no need for an attorney.

5. As stated in Debtor's Motion to Vacate Order Granting Trustee's Employment of Marin Hannan as Special Counsel for Trustee [Doc 23] paragraph 11 "Debtor suffers with a permanent limp not pain and suffering."

1

6.      It is submitted that it is fair, just, and right to allow debtor to forgo all litigation as she shall not receive adequate compensation for the injury without any litigation. Not protecting creditors when weighed against a debtor with permanent injury especially when so little money is involved is fair and reasonable for all concerned.

WHEREFORE it is respectfully requested that an Order be entered that precludes the trustee from employing his attorney as the only purpose for employment of Christian Somodevilla, Esq. is to seek to thwart debtor's right to compensation as allowed by exemption under federal law.

"LS"
Lawrence Shoot
Fla. Bar# 112950
4830 S.W. 92 Ave.
Miami, FL. 33165
(305) 270-2110
lshoot@bellsouth.net

## CERTIFICATE OF SERVICE

I certify service by ECF e mail on the list of parties who receive e mail notice on March 9, 2020 including

Barry E Mukamal, Trustee
Box 158
1 S.E. Third Ave.
Miami, FL 33131

Christian Somodevilla, Esq.
2 South Biscayne Blvd. Ste 2300
Miami, FL. 33131

Assistant U.S. Trustee
51 S.W. 1st Ave  Room 1204
Miami, FL. 33130

                "LS"
Lawrence Shoot
Fla. Bar# 112950
4830 S.W. 92 Ave.
Miami, FL. 33165
(305) 270-2110
lshoot@bellsouth.net