# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re:                                         Case No:19-18883 RAM

                                               Chapter

VERNELL ROBINSON


_____ Debtor____/

## OBJECTION TO CLAIM and CERTIFICATE OF SERVICE

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claim filed in this case:

| Claim # | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1 | TD Bank by American InfoSource as agent | $2,982.60 | see below U.S. Constitution |

| 2 | LVNV Funding LLC | $3,081.04 | see below |
| 3 | Quantum 3 Group as agent for MOMA Trust LLC | $ 539.18 | see belos |

The trustee realized debtor has a claim on account of personal bodily injury. Debtor then elected exemption under 11 U.S.C. §522 (11)(D). The Florida exemption statute contained in Florida Statute Section 222.20 exempts Florida residents from the federal exemption. THIS IS A VIOLATION OF THE UNITED STATES CONSTITUTION. Article 1 section 8 # 4 provides Congress has the power to establish uniform Laws on the subject of Bankruptcies throughout the United States;

It is appears the inclusion into the Bankruptcy Code of 11 U.S.C. § 522 allowing states to limit federal exemptions is a violation of several rights that protect our citizens under the United States Constitution. The grant of power in section 522(b)(1) allowing state law that limits federal exemptions **is unlawful as it discriminates against a person who has suffered bodily injury.** Nor does the opt out provision of the bankruptcy code conform to any permissible method of deferral to state law. The grant of power to Congress to establish bankruptcy laws resulted from "the importance of preserving harmony, promoting justice, and securing equality of rights and remedies among the citizens of all the States.." ; 2 J. STORY. COMMENTARIES ON THE CONSTITUTION OF THE UNITED STATES § 1102-1115 (1873);

.

The effect of section 522 is to allow the states to control federal law-they are permitted to enact bankruptcy laws regulating interests under federal jurisdiction in violation of the bankruptcy and supremacy clauses of the Constitution. State laws which provide for less generous exemptions than those set forth in section 522 conflict with federal law, and thus should be ruled to be unconstitutional as it applies to this debtor

The debtor outside of student loan has little debt. The personal injury payment after attorneys fees and husband's share should not be much money. The motivation of debtor's attorney in this matter is not a fee for services because debtor is not able to pay a reasonable fee. The motivation is the loss of a federal exemption for personal bodily injury is a despicable injustice that should not be tolerated under the United States Constitution.

Each claim must be disallowed and barred for the above reasons.

"LS"
Lawrence M. Shoot
Attorney for Debtor
4830 S.W. 92 Ave
Miami, FL. 33165
Tel: (305) 270-2110
Fla Bar # 112950
**E mail: lshoot@bellsouth.net**

<u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing document has been furnished by CM/ECF to Christian Somodevilla, Esq. 2 S. Biscayne Blvd. Suite 2300  and all others receiving CM/ECF and the following by e mail on March 18, 2020.

TD Bank USA by American InfoSource as agent
4515 N. Santa Fe Ave.
Oklahoma, City OK 73118
E mail: POC_AIS@americaninfosource.com

Resurgent Capital Services
P O Box 10587
Greenville SC 29603
E mail: askbk@resurgent.com

Quantum3 Group LLC agent for MOMA Trust
P O Box 788
Kirkland WA 98083
E mail: claims@quantum3group.com

                              "LS"
                      _____
                      Lawrence M. Shoot
                      4830 S.W. 92 Ave
                      Miami, FL. 33165
                      Tel: (305) 270-2110
                      Fla Bar # 112950
                      **E mail: lshoot@bellsouth.net**