**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
DIVISION: MIAMI

In re:                                                    Case No.19-18883-BKC-RAM
                                                                  Chapter 7

VERNELL ROBINSON

_____Debtor  /


**DEBTOR'S MOTION FOR ENLARGMENT OF TIME TO DO LEGAL RESEARCH**
**REGARDING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

   Debtor moves as captioned and states

1.      Debtor filed her petition on July 1, 2019. The trustee filed an Objection to

Debtor's Claim of Exemptions, in Addition to Motion to Compel Debtor to Turnover Control

of Personal Injury Claim (Doc 37).

2.      Debtor on March 16, 2020 filed a Notice of Withdrawal on Motion to Vacate

the Trustee retained attorney Martin Hannan for debtor's personal injury. The Motion in

part stated. There is in this case a United States Constitutional issue which is being

researched. Debtor elected the federal exemptions it appears Florida opted out of the

Federal exemptions. Opt out would be constitutional if the Florida State Exemptions

provided exemptions equal to the Federal exemptions. As the Florida Exemptions do not

recognize a payment…on account of personal bodily injury…. It appears that is

Unconstitutional in light of the Constitution Article I §8, Clause 4 providing Congress shall

have the power to establish uniform Laws on the subject of Bankruptcies throughout the

United States; There is nothing uniform in allowing Florida to change the federal

exemption to no exemption for bodily injury.

1

3.      Lawrence Shoot has two places where he continuously does legal research. The law library at 73 West Flagler Street has four computers for West Law research. On Saturday afternoon the University of Miami Law School Library. Both locations are presently closed expecting to open on or about April 4, 2020.

4.      The trustee's attorney objection to claim of exemptions is set for hearing on April 2, 2020 at 11:00 a.m. Debtor's attorney has been limited to Google searches regarding the Constitutional issue. It appears that it may or should be unconstitutional as it applies to a person who suffered personal bodily injury to have allowed Florida to opt out of the federal exemption and Florida failing to provide a similar exemption for debtor.

5.      It is arbitrary and discriminatory and adversely impacts the weakest among us, a person who suffered personal bodily injury.

WHEREFORE it is respectfully requested the hearing set for April 2, 2020 be carried over to  May 2020.

"LS"
Lawrence Shoot
Fla. Bar# 112950
4830 S.W. 92 Ave.
Miami, FL. 33165
(305) 270-2110
lshoot@bellsouth.net

2

## CERTIFICATE OF SERVICE

I certify service by ECF e mail on the list of parties who receive e mail notice on March 19, 2020 including

Christian Somodevilla, Esq.
2 South Biscayne Blvd. Ste 2300
Miami, FL. 33131

Assistant U.S. Trustee
51 S.W. 1st Ave  Room 1204
Miami, FL. 33130

"LS"
_____

Lawrence Shoot
Fla. Bar# 112950
4830 S.W. 92 Ave.
Miami, FL. 33165
(305) 270-2110
lshoot@bellsouth.net
