IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

VERNELL ROBINSON                                CASE NO.: 19-18883-RAM
                                                CHAPTER: 7

       Debtor.
_____/

## RESPONSE TO OBJECTION TO CLAIM NUMBER 1-1

Creditor, TD Bank, USA by American InfoSource as agent ("Creditor"), files its Response to the Objection to Claim Number 1-1 (Doc. No. 44) ("Debtor's Objection") and states:

1. Creditor filed Proof of Claim Number 1-1 on March 12, 2020 and Amended Proof of Claim Number 1-2 on March 25, 2020.

2. Creditor affirms the amount stated in its claim, specifically $2,982.00.

3. Moreover, the claim is *prima facie* evidence of the debt at the time of the filing of the case, pursuant to Federal Rule of Bankruptcy Procedure 3001(f).

4. The Debtor's Objection seeks to disallow Proof of Claim Number 1-1, ostensibly, based on a constitutional argument regarding exemptions of certain assets of the Debtor.

5. The Debtor's Objection does not substantively address Creditor's claim, nor does it list any reason under 11 U.S.C.§502(b), as to why it would not be an enforceable claim on its face, an argument that Creditor would oppose if raised.

6. Additionally, the Debtor did not offer any evidence to rebut the amount stated in the claim and therefore has not met his burden of proof. *In re MacFarland*, 462 B.R. 857, 880 (Bankr. S.D. Fla. 2011) ("The burden of proof is on the objecting party to provide evidence surpassing the evidence set forth in the claim.").

7. Accordingly, Debtor's Objection should be summarily overruled.

**WHEREFORE**, Creditor, TD Bank, USA by American InfoSource as agent, respectfully requests the Court overrule the Debtor's Objection to Claim Number 1-1, allow Creditor's Proof of Claim Numbers 1-1 and 1-2 as filed and for such other and further relief as the Court deems appropriate.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire
> Florida Bar Number 52899
> P.O. Box 5703
> Clearwater, FL 33758
> P: (727) 565-2653
> F: (727) 213-9022
> E: bk@stewartlegalgroup.com
> Counsel for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail this 3rd day of April 2020.

> */s/ Gavin N. Stewart*
> Gavin N. Stewart, Esquire

**VIA REGULAR MAIL**
Vernell Robinson
2031 NW 194th Ter
Miami Gardens, FL 33056-2746

**VIA CM/ECF NOTICE**
Lawrence M Shoot, Esq
4830 SW 92 Ave
Miami, FL 33165

Trustee
Barry E Mukamal
PO Box 14183
Fort Lauderdale, FL 33302

Christian Somodevilla
LSAS Attorneys
2 S. Biscayne Boulevard
Suite 2300
Miami, FL 33131

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130