UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION: MIAMI

In re:   Case No.19-18883-BKC-RAM
         Chapter 7

VERNELL ROBINSON

_____ Debtor /

### DEBTOR'S AMENDED MOTION FOR CONTEMPT AGAINST REGIONAL ACCEPTANCE CORPORATON

These are additional violations of the Motion for Contempt Against Regional Acceptance Corporation filed March 20, 2020 [Doc 49]

Debtor moves pursuant to 15 U.S.C. § 1692 and states.

1. Debtor filed her petition on July 1, 2019.

2. Debtor had an automobile car loan with Regional Acceptance Corporation. ("RAC"). RAC is a subprime lender. It appears the parent company of RAC is BB&T. A federally regulated bank. The real owner of debtor's loan from RAC is BB&T as BB&T would not want the reputation of being a subprime automobile lender. RAC is a debt collector regulated by 15 U.S.C. § 1692.

3. Debtor did not reaffirm her RAC car loan on her form 108 Statement of Intention. RAC is listed on debtor's schedule D as a secured lender. RAC received notice from the clerk of the court that debtor filed her bankruptcy.

4. On 8/9/19 RAC mailed a Notice of Default and Requirement of Strict Compliance to Debtor. See attached Notice letter to Vernell Robinson.

5. The Notice letter demanded payment of $7,191.14 by 8/22/19. The Notice of Default was abusive, deceptive, and unfair debt collection practice by RAC the debt collector. No notice letter was delivered to Vernell Robinson's attorney.

1

6. 15 U.S.C.§ 1692 (b)(6) after the debt collector knows the consumer is represented by an attorney with regard to the subject debt and has knowledge of, or can readily ascertain, such attorney's name and address, not communicate with any person other than that attorney, unless the attorney fails to respond within a reasonable period of time to communication from the debt collector.

7. Communicating directly with the debtor when collector knows debtor has an attorney also violates 15 U.S.C. § 1692(c)(2).

WHEREFORE it is respectfully requested that RAC be liable for damages of $2,000.00 pursuant to 15 U.S.C. § 1692 (k) together with reasonable attorneys fees.

## SECOND

RAC can maintain the lifting the bankruptcy stay as to RAC was lifted while debtor was in her chapter 7. This lifting of stay under 11 U.S.C. § 362 (h)(1) is only for the automobile. No stay was lifted allowing RAC to make any attempt to collect any monies from debtor regarding her secured car loan.

8. No creditor has any right to pursue collection of the dollars a debtor owes while debtor is in her chapter 7.

9. Debtor received her discharge and any monies owed to RAC or BB&T were discharged.

10. RAC willfully violated 11 U.S.C.§ 362 (a)(1)(6). RAC sent the letter to debtor that $7,191.14 must be paid to us by 8/22/19 ("Payment Date"). If you do not pay the Total Past Due Amount by the Payment Date, all unpaid amounts under your Agreement shall become immediately due and payable,… This is a per se willful violation of the 362 stay.

11. Nothing in the Notice letter explains you are not required to pay any money and only need to pay money if you want to keep your car. The **IMPORTANT BANKRUPTY NOTICE:** on the second page does not even provide correct information, "If you receive a bankruptcy discharge of your debts in the bankruptcy case, you may no longer be personally liable to us for this debt." The contradiction trying to sever in the last sentence **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT…** does not relieve RAC of its liability under 11 U.S.C. § 362.

12. RAC should be obligated to pay all reasonable attorneys fees of former debtor's attorney.

2

WHEREFORE it is respectfully requested that RAC be ordered to pay Vernell Robinson compensatory damages of $2,000.00 together with stay violation damages in excess of $6,000.00.

                                              "LS"
                                   Lawrence Shoot
                                   Fla. Bar# 112950
                                   4830 S.W. 92 Ave.
                                   Miami, FL. 33165
                                   (305) 270-2110
                                   lshoot@bellsouth.net

Regional Acceptance Corporation
1351 E. Bardin Rd. Ste 251
Arlington, TX 76018



## Notice of Default and Requirement of Strict Compliance

8/9/19

VERNELL ROBINSON
2031 NW 194 TER
MIAMI GARDENS, FL 33056

Subject:  Account No. 567-560513
~~Retail Installment Contract or Note dated 09/08/12 your "Agreement")~~
Covering 2012 NISSAN MAXIMA VIN: 1N4AA5AP5CC804331

Dear VERNELL ROBINSON:

You are in default of your payment obligation under the terms of your Agreement. Our records show you have failed to pay the full monthly installment payment(s) when due. Currently, you are past due for the following payments:

| | | |
|---|---|---|
| Late payment due | 06/23/18 | $ 189.99 |
| Late payment due | 07/23/18 | $ 534.81 |
| Late payment due | 08/23/18 | $ 534.81 |
| Late payment due | 09/23/18 | $ 534.81 |
| Late payment due | 10/23/18 | $ 534.81 |
| Late payment due | 11/23/18 | $ 534.81 |
| Late payment due | 12/23/18 | $ 534.81 |
| Late payment due | 01/23/19 | $ 534.81 |
| Late payment due | 02/23/19 | $ 534.81 |
| Late payment due | 03/23/19 | $ 534.81 |
| Late payment due | 04/23/19 | $ 534.81 |
| Late payment due | 05/23/19 | $ 534.81 |
| Late payment due | 06/23/19 | $ 534.81 |
| Late payment due | 07/23/19 | $ 534.81 |

Delinquency Charges     $ 48.62

Total Past Due Amount $ 7191.14

The Total Past Due Amount $7191.14 must be paid* to us by 8/22/19 ("Payment Date"). If you do not pay the Total Past Due Amount by the Payment Date, all unpaid amounts under your Agreement shall become immediately due and payable, and under state law, we may repossess the Vehicle without any further notice to you.

In the past, we may have accepted late payments from you without strictly enforcing the Agreement. You are hereby notified that from this date forward, we require strict compliance with the terms of the Agreement. If you fail to strictly comply with the Agreement from this date forward, we will enforce the Agreement. Enforcement may include repossession of the Vehicle.

[-Internal-]

Our acceptance of partial payments from you will not constitute ~~...~~ ~~We will, however,~~ continue to require strict compliance with the terms and conditions of the Agreement.

Your payment must be made payable to Regional Acceptance Corporation and mailed to the address set forth above.

If you have any questions regarding this notice, promptly call Regional Acceptance Corporation at *1-866-380-9730*, or write us at 1351 E. Bardin Rd Ste 251, Arlington, TX 76018. Please call between the hours of 8AM - 10PM EST, Monday – Thursday, 8AM - 8PM EST on Friday or 8AM - 1PM EST Saturday.

Sincerely,

Mike Martin
*Regional Acceptance Corporation*
1-866-380-9730

We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

\* **IMPORTANT BANKRUPTCY NOTICE:** If either you, your spouse or anyone who is liable for this debt has filed bankruptcy, please contact us immediately at 1-800-993-1858 to provide information regarding the bankruptcy case(s). If either you, your spouse or anyone who is liable for this debt has filed for bankruptcy, we may be stayed from selling the repossessed collateral and from attempting to collect this debt from you. If you receive a bankruptcy discharge of your debts in the bankruptcy case, you may no longer be personally liable to us for this debt. We may, however, seek to enforce any existing security interests and liens against the repossessed collateral and any other property that secures the debt. We will continue to proceed in accordance with all applicable laws and agreements. This Notice is for the purpose of complying with Article 9 of the Uniform Commercial Code and/or all applicable laws and agreements. If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: **THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.**

[-Internal-]

## CERTIFICATE OF SERVICE

I certify service by ECF to those receiving the Clerk of Court copies and on April 7 2020 by U.S. mail to all parties receiving CM/ECF

                                                "LS"
                                       Lawrence Shoot
                                       Fla. Bar# 112950
                                       4830 S.W. 92 Ave.
                                       Miami, FL. 33165
                                       (305) 270-2110
                                       lshoot@bellsouth.net