

**ORDERED in the Southern District of Florida on April 16, 2020.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

```
_____ )
                             )
                             )
In re:                       )    CASE NO.   19-18883-BKC-RAM
                             )    CHAPTER    7
VERNELL ROBINSON,            )
                             )
            Debtor.          )
_____ )
```

**ORDER SETTING FURTHER HEARING ON DEBTOR'S MOTION FOR CONTEMPT**

The Court conducted a preliminary hearing on April 16, 2020, on Debtor's Amended Motion for Contempt Against Regional Acceptance Corporation (the "Motion") [DE #60]. At the hearing, Debtor's counsel announced that the parties are in the process of finalizing a settlement agreement. Therefore, and as announced on the record at the hearing, it is -

1

**ORDERED** as follows:

1. The Court will conduct a further hearing on the Motion on **May 7, 2020** at **11:30 AM** at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128. If hearings have not resumed at the courthouse, the hearing will be conducted telephonically and all counsel must arrange to appear through CourtCall.

2. If the parties finalize a settlement agreement prior to May 7, 2020, the Debtor shall file a notice of withdrawal of its Motion. If the notice is filed prior to May 7, 2020, the Court will cancel the May 7, 2020 hearing on the Motion.

###

**COPIES TO:**
Lawrence M. Shoot, Esq.
Dennis J. LeVine, Esq.