Martin Hannan, P.A.
9370 S.W. 72nd Street, Suite A-266
Miami, Florida 33173

# PERSONAL INJURY CLOSING STATEMENT

Client Name: Vernell Robinson                                              D/A            6/9/2018

| | | |
|---|---|---|
| BI SETTLEMENT:………………………………………………………………………. | (+) | $30,000.00 |
| ATTORNEYS FEE  33 1/3%: …………………………………………………………… | (-) | $10,000.00 |

| PROVIDER | TOTAL BILL | Insurance Paid | Balance | Reductions | Final Balance |
|---|---|---|---|---|---|
| Miami Open MRI | $1,999.00 | $900.03 | $1,098.97 | $962.48 | $136.49 |
| ISO Diagnostics | $643.00 | $435.60 | $207.40 | $181.64 | $25.76 |
| Associates MD | $2,868.90 | $0.00 | $2,868.90 | $2,512.60 | $356.30 |
| Vital Orthopedic & Spine | $41,083.74 | $1,267.01 | $39,816.73 | $34,871.74 | $4,944.99 |
| PIP Medical Consultants | $886.00 | $596.35 | $289.65 | $253.68 | $35.97 |
| Oaks Wellness | $7,580.94 | $4,977.00 | $2,603.94 | $2,280.55 | $323.39 |
| Diagnostic Medical Imaging | $5,848.10 | $1,824.01 | $4,024.09 | $3,524.32 | $499.77 |
| **TOTALS:** | **$60,909.68** | **$10,000.00** | **$50,909.68** | **$44,587.01** | **$6,322.67** |

**COSTS:**

| | | | | |
|---|---|---|---|---|
| Postage | $35.00 | | | |
| Research & Photography | $200.00 | | | |
| Accident Report Fee | $16.00 | | | |
| Medical Records | $38.00 | | | |
| Document Reproductions | $55.00 | **Costs Subtotal:** | (-) | $344.00 |

| | |
|---|---|
| **Health Insurance Lien Pending final in writing** | **$0.00** |

|  |  |  |
|---|---|---|
| Total | (-) | $16,666.67 |
| **Total to Client** | | $13,333.33 |

*I/we Understand that any unpaid balances which exist on medical bills and/or liens arising from this claim which have not been paid either by my/our own insurance company, by me/us or, from this settlement, as indicated above, are soley my/our responsibility. I/We agree to hold our/my attorney's office harmless from any bills or liens arising from this claim. I/We further give authority to my/our attorney to dispose of this file upon execution of this document.*

(Signature) _____ (Date) _____

Barry E. Mukamal, Chapter 7 Trustee for                    Vernell Robinson, Case 19-18883-RAM